USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/2/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

Plaintiff,

v.

ADREANA LANGSTON, *et al.*,

Defendants.

No. 19-CV-6560 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 23, 2019, Plaintiff filed the operative complaint in this action against Adreana Langston, as administratrix of the estate of Doris T. Langston, James Crawford, the United States of America, on behalf of the Internal Revenue Service, the New York State Department of Taxation and Finance, the Criminal Court of the City of New York, the New York City Environmental Control Board, the New York City Transit Adjudication Bureau, and the New York City Department of Finance Parking Violations Bureau. *See* Dkt. 8. As of today's date, none of the Defendants have answered or otherwise appeared in this action. The Clerk of Court issued certificates of default as to the Defendants on October 11, 2019 and November 14, 2019. *See* Dkts. 42-48, 52.

The parties shall appear before the Court for a status conference on January 3, 2020 at 12:30 p.m. No later than December 6, 2019, Plaintiff shall serve a copy of this Order on all Defendants by the methods described in Rule 4,of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: December 2, 2019
New York, New York

Ronnie Abrams
United States District Judge