USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SECRETARY OF THE U.S.
DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

      Plaintiff,

v.

ADREANA LANGSTON, et al.,

      Defendants.

No. 19-CV-6560 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On October 11, 2019, the Clerk of Court entered certificates of default against Defendants Adreana Langston, the United States of America on behalf of the Internal Revenue Service, the New York State Department of Taxation and Finance, the Criminal Court of the City of New York, the New York City Environmental Control Board, the New York City Transit Adjudication Bureau, and the New York City Department of Finance Parking Violations Bureau, and on November 14, 2019, the Clerk of Court entered a certificate of default against Defendant James Crawford. Dkts. 42-48, 52. On January 15, 2020, Plaintiff moved for a default judgment against Defendants, as well as against four additional defendants—"tenants/occupants" of the mortgaged premises, who were previously identified as John Doe #1, Jane Doe #1, John Doe #2, and Jane Doe #2 (the "Tenant Defendants"). Dkt. 71. Plaintiff has not, however, filed proposed certificates of default as to the Tenant Defendants. Nor has the Clerk of Court entered certificates of default as to these defendants. No later than January 23, 2020, Plaintiff shall file proposed certificates of default

as to the Tenant Defendants. Once the Clerk has issued certificates of default as to these defendants, Plaintiff may renew its motion for default judgment.

SO ORDERED.

Dated: January 16, 2020
New York, New York

Ronnie Abrams
United States District Judge