UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE SECRETARY OF THE U.S.
DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT *an agency of the
United States of America*,

                Plaintiff,

                v.

ADREANA LANGSTON *as Administratrix of
the Estate of Doris T. Langston*, et al.,

                Defendants.

**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 5-21-20

19-CV-6560 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff filed this mortgage foreclosure action on July 23, 2019. Dkt. 8. On January 15, 2020, Plaintiff moved for a default judgment against all named Defendants, as well as against four additional "tenants/occupants" of the mortgaged premises who were previously identified as John Does 1-2 and Jane Does 1-2 (the "Tenant Defendants"). *See* Dkt. 71. Because Plaintiff had not obtained Certificates of Default as to the four Tenant Defendants, the Court denied Plaintiff's motion for a default judgment without prejudice to renew after the Clerk of Court issued the requisite Certificates of Default. *See* Dkt. 72. On February 19, 2020, the Court granted Plaintiff's motion for leave to amend the complaint to add the Tenant Defendants to the case caption, Dkt. 79, and on February 24, 2020, Plaintiff filed its Amended Complaint, Dkt. 82.

      No later than June 4, 2020, Plaintiff shall submit a letter updating the Court as to the status of this case, including whether it intends to file a renewed motion for a default judgment. If Plaintiff intends to move for a default judgment, it shall do so in accordance with Federal

Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), as well as this Court's Individual Rules & Practices, including this Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:  May 21, 2020
        New York, New York

                                                _____
                                                RONNIE ABRAMS
                                                United States District Judge