| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-28-20 |

THE SECRETARY OF THE U.S.
DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT *an agency of the United States of America*,

        Plaintiff,

        v.

ADREANA LANGSTON *as Administratrix of the Estate of Doris T. Langston*, *et al.*,

        Defendants.

19-CV-6560 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 28, 2020, the Clerk of Court entered certificates of default against Defendants Mariama Seybou, Dkt. 105, and Adreana Langston, Dkt. 106; on July 29, 2020, the Clerk of Court entered certificates of default against Defendants Douma Seybou, Dkt. 119, Winny Blanco, Dkt. 120, Salvador Blanco, Dkt. 121, the New York City Department of Finance Parking Violations Bureau, Dkt. 122, and the New York City Transit Adjudication Bureau, Dkt. 123; on July 31, 2020, the Clerk of Court entered certificates of default against Defendants the New York City Environmental Control Board, Dkt. 128, the Criminal Court of the City of New York, Dkt. 129, and the New York State Department of Taxation and Finance, Dkt. 134; on August 3, 2020, the Clerk of Court entered a certificate of default against Defendant United States of America O/B/O Internal Revenue Service, Dkt. 135; and on August 24, 2020, the Clerk of Court entered a certificate of default against Defendant James Crawford, Dkt. 139.  On September 25, 2020, Plaintiff moved for default judgment against Defendants.  Dkt. 140.  Upon consideration of these

documents and the supporting Affidavit of Mikel Anderson, Dkt. 140-1, and Affirmation of John Manfredi, Dkt. 140-2, it is hereby:

ORDERED that Plaintiff shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **October 16, 2020** on all Defendants by the methods described in Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff shall file proof of service of these documents via ECF.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiff by **October 30, 2020**.

In light of the COVID-19 crisis, the Court will not hold a conference and will instead resolve this matter on the papers.  If Defendants fail to file and serve answering papers on Plaintiff by October 30, 2020, or fail to request an extension to do so, judgment may be entered for Plaintiff. SO ORDERED.

Dated:    September 28, 2020
          New York, New York

_____
RONNIE ABRAMS
United States District Judge