Attorney at Law  
302 East 19th St. Suite 2A  
New York, New York 10003  
info@manfredilawgroup.com

John Manfredi                                                         ph: 347 614 7006  
                                                                                   f: 347 332 1740

February 15, 2023

Chambers of The Hon. Ronnie Abrams  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: Case No. 1:19-cv-06560-RA  
*The Secretary of the U.S. Department of Housing and Urban Development, an Agency of the United States of America v. Adreana Langston, as Administratrix of the Estate of Doris T. Langston, et al.*

Dear Judge Abrams,

    I respectfully write to request a 30-day adjournment of the Plaintiff's order to show cause for a default judgment. Plaintiff is still attempting personal service of Adreana Langston. Upon receiving a new date scheduled by the Court, Plaintiff requests to notify the Defendants by USPS mail.

                                        Respectfully Submitted,

                                        /s/

                                        John Manfredi

The show cause hearing is hereby adjourned to March 28, 2023 at 2:00 p.m., in Courtroom 1506 at 40 Foley Square, New York, New York.

Plaintiff's application to notify Defendants by USPS mail is denied. No later than March 17, 2023, Plaintiff shall serve a copy of this Order on all Defendants by the methods described in Rule 4 of the Federal Rules of Civil Procedure and file proof of service with the Court.

SO ORDERED.

_____  
Hon. Ronnie Abrams  
February 15, 2023