UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | |
| Plaintiff, | No. 19-cv-6560 (RA) |
| v. | ORDER |
| ADREANA LANGSTON, *as Administratrix of the Estate of Doris T. Langston, et al.*, | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

On August 8, 2023, the Court ordered Plaintiff to file a Second Amended Complaint, if it so chooses, no later than September 4, 2023. No amended pleading has been filed to date. Plaintiff shall file a Second Amended Complaint, or otherwise update the Court as to the status of this action, no later than September 30, 2023. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   September 21, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge